In the Matter of the Application of the CITY OF LONG BEACH, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendant, to Review Its Action in Granting a Certificate of Public

Convenience and Necessity to the LONG BEACH BUS COMPANY, INC. LONG BEACH BUS COMPANY, INC., Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the Public Service Commission against the city of Long Beach. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.